AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00008 |
| Kenneth Rader | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 1/11/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Kenneth Rader__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104 (e)(2)(D) - Disorderly Conduct in a Capitol Building,;
40 U.S.C. § 5104 (e)(2)(G) - Parading, Demonstrating or Picketing in a Capitol Building..

Date: 01/11/2022

G. Michael Harvey
2022.01.11 16:23:09 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/11/2022, and the person was arrested on *(date)* 1/20/2022
at *(city and state)* Sioux City, Iowa.

Date: 1/20/2022

*Arresting officer's signature*

Special Agent Michael Benfield, FBI
*Printed name and title*